UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>  Richard Duane Stevenson<br><br>  Debtor | Chapter 13<br>Bankruptcy No.25-10287-PMM |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 21st day of April, 2025, by first class mail upon those listed below:

Richard Duane Stevenson
27 1/2 North Front Street
Coplay, PA  18037

**Electronically via CM/ECF System Only:**

JOHN EVERETT COOK ESQ
ROMA CORPORATE CENTER
1605 N CEDAR CREST BLVD, STE 520
ALLENTOWN, PA  18104

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee