IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Richard Duane Stevenson** | : | 25-10287 |
| | : | |
| **Debtor** | : | **CHAPTER 13** |

## CERTIFICATE OF SERVICE
## NOTICE OF APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

    I, Everett Cook, Esquire, attorney for the above-named debtor do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Praecipe to Convert Chapter 13 to Chapter 7 upon the creditors and parties in interest listed on the attached Label Matrix for local noticing and the following:

**Scott F. Waterman, Trustee**
**2901 St. Lawrence Ave.**
**Suite 100**
**Reading, PA 19606**

Dated: 4/22/2025

                Signed: /s/ Everett Cook
                By: Everett Cook, Esq.
                **The Law Offices of Everett Cook, P.C.**
                1605 N Cedar Crest Blvd
                Allentown Pa 18104
                Phone: (610) 351-3566
                Fax:   (610) 351-3556