United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                                    Case No. 25-10287-pmm
Richard Duane Stevenson                                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: Apr 23, 2025    Form ID: 210U    Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Duane Stevenson, 27 1/2 North Front Street, Coplay, PA 18037-1215 |
| 14971392 | | Credit One Bank N.A., Greenville, SC 29602 |
| 14975062 | + | Flagstar Bank, NA, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14971395 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 14971398 | | Mr Cooper, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 14971399 | | Ppl Electric Utilities Corpora, 501 Greene St, Augusta, GA 30901-4404 |
| 14988772 | + | Santander Consumer USA Inc., c/o William E. Craig, Esq., Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill NJ 08034-1925 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 24 2025 01:16:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 24 2025 01:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14971388 | | Email/Text: compliance@contractcallers.com | Apr 24 2025 01:17:00 | Cci/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St, Ste 302, Augusta, GA 30901-4415 |
| 14971389 | + | Email/Text: compliance@contractcallers.com | Apr 24 2025 01:17:00 | Contract Callers Inc, 501 Greene St, Augusta, GA 30901-4415 |
| 14971390 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2025 01:23:30 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14971391 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2025 01:22:47 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14982596 | | Email/Text: mrdiscen@discover.com | Apr 24 2025 01:16:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14971393 | | Email/Text: mrdiscen@discover.com | Apr 24 2025 01:16:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14983339 | + | Email/Text: servicingmailhub@flagstar.com | Apr 24 2025 01:17:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14974881 | ^ | MEBN | Apr 24 2025 00:59:40 | Flagstar Bank, NA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14971394 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 24 2025 01:16:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 14975023 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 01:23:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 25-10287-pmm    Doc 31    Filed 04/25/25    Entered 04/26/25 00:35:03    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: 210U | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14971396 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 01:22:28 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14971397 | | Email/Text: ml-ebn@missionlane.com | Apr 24 2025 01:16:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 14971400 | | Email/Text: enotifications@santanderconsumerusa.com | Apr 24 2025 01:16:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14977918 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 24 2025 01:16:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14975024 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Flagstar Bank  NA bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor Flagstar Bank  NA ekishbaugh@kmllawgroup.com |
| JOHN EVERETT COOK | on behalf of Debtor Richard Duane Stevenson bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Richard Duane Stevenson                                             Case No: 25−10287−pmm

    Debtor(s)

___

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 4/23/25

For The Court

Timothy B. McGrath
Clerk of Court

27
Form 210U