**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                                                    Case No. 25-10287-pmm
                                                                          Chapter 7

Richard Duane Stevenson

Debtor(s).

## NOTICE OF APPEARANCE

**FLAGSTAR BANK, N.A.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 9th day of June, 2025, to the following:

John Everett Cook
The Law Offices of Everett Cook, P.C.
1605 N. Cedar Crest Blvd
Suite 520
Allentown, PA 18104
bankruptcy@everettcooklaw.com
*Attorney for Debtor(s)*


Lynn E. Feldman
2310 Walbert Ave
Suite 103
Allentown, PA 18104
trustee.feldman@rcn.com
*Chapter 7 Trustee*


United S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Richard Duane Stevenson
27 1/2 North Front Street
Coplay, PA 18037

*Debtor(s)*


                                              By:      /s/ Steven K. Eisenberg
                                                        Steven K. Eisenberg, Esquire