Certificate Number: 15317-PAE-DE-039755636

Bankruptcy Case Number: 25-10287



15317-PAE-DE-039755636

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>June 11, 2025</u>, at <u>3:52</u> o'clock <u>AM PDT</u>, <u>Richard Stevenson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  June 11, 2025

By:  /s/Glend Enfestan

Name:  Glend Enfestan

Title:  Credit Counselor