**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br>　　RICHARD DUANE STEVENSON<br>　　　　Debtor(s)<br>FLAGSTAR BANK, N.A.<br>　　　　Movant<br>v.<br>RICHARD DUANE STEVENSON<br>　　　　Debtor(s)<br>LYNN E. FELDMAN<br>　　　　Trustee<br>　　　　Respondent(s) | Chapter 7<br><br>Case Number: 25-10287-pmm |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

　　FLAGSTAR BANK, N.A. has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 27.5 N. Front St, Coplay, PA 18037.

　　Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 26, 2025, you or your attorney must do all of the following:

　　(a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400<br>Philadelphia, PA 19107-4299 | U.S. Bankruptcy Court, Clerks Office<br>The Gateway Building<br>201 Penn Street, Suite 103<br>Reading, PA 19601 |

　　If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　(b) mail a copy to movant's attorney:

        Daniel P. Jones
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Telephone: (215) 572-8111
        Facsimile: (215) 572-5025
        djones@sterneisenberg.com

and to the Trustee: Lynn E. Feldman
        Ch. 7 Trustee
        2310 Walbert Ave
        Suite 103
        Allentown, PA 18104

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on July 8, 2025, at 10:00AM in the United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

              STERN & EISENBERG, PC

              *By: /s/ Daniel P. Jones*
              Daniel P. Jones
              1581 Main Street, Suite 200
              The Shops at Valley Square
              Warrington, PA 18976
              Phone: (215) 572-8111
              Fax: (215) 572-5025
              Bar Number: 321876
Date: June 12, 2025        Email: djones@sterneisenberg.com