IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Richard Duane Stevenson<br><br>Debtor(s) | Chapter 7<br><br>Bankruptcy Case: 25-10287-pmm |

**CERTIFICATE OF NO RESPONSE**

    I, Daniel P. Jones, attorney for Flagstar Bank, N.A., hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

    In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by June 26, 2025. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Richard Duane Stevenson<br>Debtor(s) | Chapter 7<br><br>Bankruptcy Case: 25-10287-pmm |
|---|---|

**CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE**

I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on July 3, 2025 via First Class Mail.

John Everett Cook
1605 N. Cedar Crest Blvd
Suite 520
Allentown, PA 18104
bankruptcy@everettcooklaw.com
**Counsel for Debtor**

Lynn E. Feldman
2310 Walbert Ave
Suite 103
Allentown, PA 18104
trustee.feldman@rcn.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage
prepaid to:

Richard Duane Stevenson
27 1/2 North Front Street
Coplay, PA 18037
**Debtor(s)**

    STERN & EISENBERG, PC
    By: <u>/s/Daniel P. Jones</u>
    Daniel P. Jones, Esquire
    Stern & Eisenberg, PC
    Bar Number: 321876
    djones@sterneisenberg.com
    Counsel for Movant