## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In Re:<br><br>　　　RICHARD DUANE STEVENSON<br>　　　　　Debtor(s)<br>　　FLAGSTAR BANK, N.A.<br>　　　　　Movant<br>　　v.<br>　　RICHARD DUANE STEVENSON<br>　　　　　Debtor(s)<br>　　LYNN E. FELDMAN<br>　　　　　Trustee<br>　　　　　Respondent(s) | Chapter 7<br><br>Case Number: 25-10287-pmm |

### ORDER

AND NOW, upon the motion of FLAGSTAR BANK, N.A., and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, FLAGSTAR BANK, N.A. (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  27.5 N. Front St, Coplay, PA 18037.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

BY THE COURT:

*Patricia M. Mayer*
_____

**Date: July 7, 2025**

Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE