United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-10287-pmm

Richard Duane Stevenson     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Jul 07, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Duane Stevenson, 27 1/2 North Front Street, Coplay, PA 18037-1215 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

**Name     Email Address**

DANIEL P. JONES
    on behalf of Creditor Flagstar Bank  NA djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Flagstar Bank  NA bkgroup@kmllawgroup.com

JOHN ERIC KISHBAUGH, I
    on behalf of Creditor Flagstar Bank  NA ekishbaugh@kmllawgroup.com

JOHN EVERETT COOK
    on behalf of Debtor Richard Duane Stevenson bankruptcy@everettcooklaw.com
    g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com

LYNN E. FELDMAN
    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

STEVEN K. EISENBERG
    on behalf of Creditor Flagstar Bank  NA seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 07, 2025 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br>    RICHARD DUANE STEVENSON<br>        Debtor(s)<br>FLAGSTAR BANK, N.A.<br>        Movant<br>v.<br>RICHARD DUANE STEVENSON<br>        Debtor(s)<br>LYNN E. FELDMAN<br>        Trustee<br>        Respondent(s) | Chapter 7<br><br>Case Number: 25-10287-pmm |

**ORDER**

AND NOW, upon the motion of FLAGSTAR BANK, N.A., and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, FLAGSTAR BANK, N.A. (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  27.5 N. Front St, Coplay, PA 18037.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

**Date: July 7, 2025**

BY THE COURT:

*Patricia M. Mayer*

Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE